# PLAINTIFF'S TRIAL EXHIBIT 20
## DEFENDANT ENTRA AMERICA BUSINESS CARD
### [740]



**ENTRA AMERICA**
Immigration • Income Taxes • Divorces
Corporation • Translations

*ADELA IVAN*
PRESIDENT

Serving the community for 15 years
Easy payment terms
Hablamos Español

ALFRED PLACERES, ESQ.            1133 BROADWAY STE 905
TEL/FAX: 212-463-5063             NEW YORK, NY 10010

TOTAL P.03
113