# PLAINTIFF'S TRIAL EXHIBIT 10

## MOTION TO REOPEN TO RECONSIDER DATED 5/25/98

### [698–701]

2  U.S. Department of Justice
3  Executive Office of Immigration Review
4  Immigration Court
   Newark, New Jersey 07012

———————————————)

IN THE MATTER OF:
**BORGES, Jose A.**
File No. A73 591 940

———————————————)

**MOTION TO REOPEN TO RECONSIDER**
8 CFR §103.5(a)(1)(i)

18   We respectfully request a consideration of the Judge's decision dated February

19  3, 1998 to deny the applicant's Motion to Change Venue.  Enclosed for your records is

20  a duly completed G-28.  In accordance 8 CFR §103.5(a)(1)(i), we submit this Motion for

21  Reopen to Reconsider, based upon the following:

22  1.  Mr. Borges was issued an appointment on September 23, 1997 and then again on

23      January 27,1998.

24  2.  Mr. Borges came to our office for legal representation on or about January 10,

25      1998.  Upon review and consideration of the facts and documents, Mr. Borges

26      established residence in New York.

27  3.  In consideration of Mr. Borges' domicile, our office submitted a Motion to Change

28      Venue (*copy attached with supporting document*) on January 27, 1998 (*copy of*

29      *certified and return receipts*).  Mr. Borges was also provided a duplicate original of

30      the Motion to Change Venue with its supporting documentation, and was advised to

31      appear for this appointment and submit the document for the record.  Mr. Borges

32      did appear for said appointment.

-i-

Duplicate
Plaintiff's
Ten Evidence.

000207

**698**

4. Per Mr. Borges, the Hon. Judge Henry S. Dogin refused to accept the Motion to Change Venue, and further advised Mr. Borges that he was going to receive a final appointment.

5. On February 3, 1998, Judge Dogin issued a Decision to Remove Respondent on the basis the Mr. Borges failed to appear on the scheduled appointment.

6. We would argue that appearance was made on a timely manner by the Motion to Change Venue, and the Judge's decision to remove Mr. Borges was made in prejudice and said decision was capricious given that proper procedure was taken to establish a valid basis for Mr. Borges' request, both by Mr. Borges, and his representative.

That on the basis of the above facts and information provided, we respectfully request that your office stay the Judge's decision, grant our previously submitted Motion to Change Venue to that of New York, and permit us to proceed with the case in its proper jurisdiction.

Respectfully submitted,


Alfred P. Placeres, Esq.
On behalf of Jose A. Borges


Submitted: April 25, 1998
Representative Address:        PO Box 7806-FDR Station
                              New York, NY  10150-1915

cc:    Mr. Jose A. Borges
       161 East 22nd Street
       New York, NY 10010

cc:    Colleen S. Passafiume,
       Assistant District Director for Deportation
       Newark, New Jersey

-ii-

000208