## PLAINTIFF'S TRIAL EXHIBIT 5

## NOTICE OF APPEARANCE OF ATTORNEY DATED 01/98

[687]

In _____ - petitioner

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following-named person(s):

| NAME | | | | | | |
|---|---|---|---|---|---|---|
| Jose | | BORGES | | ☐ Petitioner ☒ Beneficiary | ☐ Applicant ☐ | |
| ADDRESS | (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) | |
| | 3B | 161 East 22 Street | New York | New York | 10010 | |
| NAME | | | | | | |
| Josie | | LAMARCA-BORGES | | ☒ Petitioner ☐ Beneficiary | ☐ Applicant ☐ | |
| ADDRESS | (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) | |
| | same as | beneficiary | | | | |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

**COURT OF APPEALS OF THE CITY AND STATE OF NEW YORK** and am not under a
*(Name of Court)*
court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following-named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2, whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| *[signature]* | P.O.Box 7806 - FDR Station, New York, NY 10150-1915 |
| NAME (Type or Print) Alfred P. Placeres, Esq. | TELEPHONE NUMBER 212-463-9068 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING-NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:* Alfred P. Placeres, Esq.
*(Name of Attorney or Representative)*
*THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
|---|---|---|
| Josie LAMARCA-BORGES | *[signature]* | 01/98 |

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)*

Form G-28
(Rev. 10-25-79)N            (OVER)            UNITED STATES DEPARTMENT OF JUSTICE
                                               Immigration and Naturalization Service



000163

# PLAINTIFF'S TRIAL EXHIBIT 7
## NOTICE OF APPEARANCE OF ATTORNEY DATED 1/20/1998
### [691]



I hereby er named person(s):

| NAME | | | ☐ Petitioner ☒ Applicant |
|---|---|---|---|
| José A. Borges | | | ☐ Beneficiary ☐ |
| ADDRESS (Apt. No.) | (Number & Street) | (City) | (State) (ZIP Code) |
| 3B | 161 East 22 Street, | New York | NY 10010 |
| NAME | | | ☐ Petitioner ☐ Applicant |
| | | | ☐ Beneficiary ☐ |
| ADDRESS (Apt. No.) | (Number & Street) | (City) | (State) (ZIP Code) |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

__COURT OF APPEALS OF THE CITY AND STATE OF NEW YORK__ and am not under a
*(Name of Court)*
court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following-named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____,
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2, whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| *(signature)* | P. O. Box 7806 - FDR Station, New York, New York 10150-1915 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Alfred P. Placeres, Esq. | 212-463-9068 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING-NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS: __Alfred P. Placeres, Esq.__
*(Name of Attorney or Representative)*
THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
|---|---|---|
| José Borges | *Borges* | 1/20/98 |

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)*

Form G-28
(Rev. 10-25-79)N                              (OVER)                    UNITED STATES DEPARTMENT OF JUSTICE
                                                                        Immigration and Naturalization Service



000151

**PLAINTIFF'S TRIAL EXHIBIT 8**

**APPLICATION FOR ADJUSTMENT OF STATUS DATED 01/98**

**[692–695]**

U.S. De
Immigrati
**START**

### Part 1. Information about you.

| Family Name | BORGES | Given Name | Jose | Middle Initial | A |

Address - C/O

Street Number and Name: 161 East 22 Street  Apt. # 3B

City: New York

State: New York   Zip Code: 10010

Date of Birth (month/day/year): 03/23/70

Country of Birth: Venezuela

Social Security #: None

A # (if any): None

Date of Last Arrival (month/day/year): 0?/9?

I-94 #:

Current INS Status: pending

Expires on (month/day/year):

### Part 2. Application Type. (check one)

I am applying for adjustment to permanent resident status because:

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved (attach a copy of the approval notice), or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application will give me an immediately available visa number if approved.

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category which allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) (attach a copy of the fiance(e) petition approval notice and the marriage certificate).

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other-explain _____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever is later, and: (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

Form I-485 (09-09-92)N   Continued on back

**Returned / Receipt**

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

**Preference**

**Action Block**

To Be Completed by Attorney or Representative, if any
☒ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

053
tus

000159

PLAINTIFF'S EXHIBIT

692

**Part 3. Processing Information**

A. City/Town/Village of birth: Caracas

Current occupation:

Your mother's first name: Hilda

Your father's first name: Jorge

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

| Place of last entry into the U.S. (City/State) New York City NY | In what status did you last enter? (Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.) |
| --- | --- |
| Were you inspected by a U.S. Immigration Officer? ☒ Yes ☐ No | visitor |
| Nonimmigrant Visa Number 227920 | Consulate where Visa was issued Maracaibo |
| Date Visa was issued (month/day/year) 09/23/93 | Sex: ☒ Male ☐ Female | Marital Status: ☒ Married ☐ Single ☐ Divorced ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes (give date and place of filing and final disposition):

B. List your present husband/wife, all your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| --- | --- | --- | --- |
| La Marca-Borges | Jolie | S | 11/26/62 |
| Country of birth USA | Relationship spouse | A # N/A | Applying with you? ☐ Yes ☒ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name of organization, location, dates of membership from and to, and the nature of the organization. If additional space is needed, use separate paper.

None

000160

693

### Part 3. Processing Information. (continued)

Please answer the following questions. (If your answer is "YES" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U.S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage?
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents, or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the 2 year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

Form I-485 (Rev. 09-09-92) N        *Continued on back*

000161

**Part 4. Signature.** *(Read the in_____tion on penalties in the instructions before _____leting this section. You must file this application w____ in the United States.)*

I certify under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *Borges B* | Jose Antonio BORGES | 01/98 | |

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.** Signature of person preparing form if other than above. *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *Alfred P. Pl____* | Alfred P. Placeres, Esq. | 01/98 | 212-463-9068 |

Firm Name and Address: P.O. Box 7806 - FDR Station, New York, NY 10150-1915

000162

695