# PLAINTIFF'S TRIAL EXHIBIT 23
## NOTICE OF APPEARANCE OF ATTORNEY
## DATED 01/98 [747]

| | | | | | |
|---|---|---|---|---|---|
| Last: BORGES | | | ☐ Petitioner  ☒ Beneficiary | ☐ Applicant | |
| (Apt. No.) 3B | (Number & Street) 161 East 22 Street | (City) | (State) New York | (ZIP Code) 10010 | |
| Name: LAMARCA-BORGES | | | ☒ Petitioner  ☐ Beneficiary | ☐ Applicant | |
| ADDRESS (Apt. No.) same as | (Number & Street) beneficiary | (City) | (State) | (ZIP Code) | |

*Check Applicable Item(s) below:*

[X] 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

   **COURT OF APPEALS OF THE CITY AND STATE OF NEW YORK** and am not under a
   *(Name of Court)*
   court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following-named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
   the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2, whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| *[signature]* | P.O. Box 7806 - FDR Station, New York, NY 10150-1915 |
| NAME (Type or Print)  Alfred P. Placeres, Esq. | TELEPHONE NUMBER  (212) 316-2373 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING-NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:* **Alfred P. Placeres, Esq.**
   *(Name of Attorney or Representative)*
*THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
|---|---|---|
| Josie LAMARCA-BORGES | *[signature]* | 01/98 |

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)*

Form G-28
(Rev. 10-25-79)N                          (OVER)                    UNITED STATES DEPARTMENT OF JUSTICE
                                                                    Immigration and Naturalization Service

PLAINTIFF'S EXHIBIT

000004

In re

I here
named person(s):

PLAINTIFF'S TRIAL EXHIBIT 24

NOTICE OF APPEARANCE OF ATTORNEY

DATED 01/98 [748]

| NAME | | | ☐ Petitioner | ☒ Applicant |
| Jose A. Borges | | | ☐ Beneficiary | ☐ |
| ADDRESS (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
| 3B | 161 East 22 Street, New York | | NY | 10010 |
| NAME | | | ☐ Petitioner | ☐ Applicant |
| | | | ☐ Beneficiary | ☐ |
| ADDRESS (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |

Check Applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
**COURT OF APPEALS OF THE CITY AND STATE OF NEW YORK** and am not under a
(Name of Court)
court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following-named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____,
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2, whichever is appropriate.)

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
| *[signature]* | P. O. Box 7806 - FDR Station, New York, New York 10150-1915 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Alfred P. Placeres, Esq. | (212) 316-2373 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING-NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS: **Alfred P. Placeres, Esq.**
(Name of Attorney or Representative)
THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
| Jose Borges | *[signature]* Borges | 1/20/98 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

Form G-28
Rev. 10-25-79)N                           (OVER)                UNITED STATES DEPARTMENT OF JUSTICE
                                                                Immigration and Naturalization Service

PLAINTIFF'S EXHIBIT

000026

748

# PLAINTIFF'S TRIAL EXHIBIT 25
## NOTICE OF APPEARANCE OF ATTORNEY
### DATED 4/25/98 [749]

| NAME | | | | ☐ Petitioner | ☒ Applicant |
| --- | --- | --- | --- | --- | --- |
| Jose A. Borges | | | | ☐ Beneficiary | ☐ |

| ADDRESS | (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
| --- | --- | --- | --- | --- | --- |
| | 3B | 161 East 22 Street, | New York | NY | 10010 |

| NAME | | | | ☐ Petitioner | ☐ Applicant |
| --- | --- | --- | --- | --- | --- |
| | | | | ☐ Beneficiary | ☐ |

| ADDRESS | (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
| --- | --- | --- | --- | --- | --- |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

**COURT OF APPEALS OF THE CITY AND STATE OF NEW YORK** and am not under a
*(Name of Court)*
court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following-named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2, whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
| --- | --- |
| *[signature]* | P. O. Box 7806 - FDR Station, New York, New York 10150-1915 |
| NAME (Type or Print) Alfred P. Placeres, Esq. | TELEPHONE NUMBER (212) 316-2373 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING-NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:* Alfred P. Placeres, Esq.
*(Name of Attorney or Representative)*
*THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
| --- | --- | --- |
| Jose Borges | *[signature] Borges* | April 25, 1998 |

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)*

Form C-28
Rev. 10-25-79)N

(OVER)

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

PLAINTIFF'S EXHIBIT

000031

749

# PLAINTIFF'S TRIAL EXHIBIT 21
## ADJUSTMENT OF STATUS APPLICATION, DATED 01/98
### [741–743]

| Family Name | BORGES | Given Name | Jose | Middle Initial | A |
|---|---|---|---|---|---|

Address - C/O

| Street Number and Name | 161 East 22 Street | Apt. # | 3B |
|---|---|---|---|

City: New York

| State | New York | Zip Code | 10010 |
|---|---|---|---|

| Date of Birth (month/day/year) | 03/23/70 | Country of Birth | Venezuela |
|---|---|---|---|

| Social Security # | None | A # (if any) | None |
|---|---|---|---|

| Date of Last Arrival (month/day/year) | 0?/9? | I-94 # | |
|---|---|---|---|

| Current INS Status | pending | Expires on (month/day/year) | |
|---|---|---|---|

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

### Part 2. Application Type. (check one)

I am applying for adjustment to permanent resident status because:

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved (attach a copy of the approval notice), or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application will give me an immediately available visa number if approved.

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category which allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) (attach a copy of the fiance(e) petition approval notice and the marriage certificate).

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other-explain _____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever is later, and: (Check one)

☐ I am a native or citizen of Cuba and meet the description in (e), above.

☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**
☒ Fill in box if G-28 is attached to represent the applicant
VOLAG #
ATTY State License #

Continued on back

**PLAINTIFF'S EXHIBIT**

000008

741

| | | | |
|---|---|---|---|
| A. C../Town/Village of birth Caracas | | Current occupation | |
| Your mother's first name Hilda | | Your father's first name Jorge | |
| Give your name exactly how it appears on your Arrival/Departure Record (Form I-94) | | | |
| Place of last entry into the U.S. (City/State) New York City NY | | In what status did you last enter? (Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.) visitor | |
| Were you inspected by a U.S. Immigration Officer? ☒ Yes ☐ No | | | |
| Nonimmigrant Visa Number 12792? | | Consulate where Visa was issued Maracaibo | |
| Date Visa was issued month/day/year 09/23/93 | Sex: ☒ Male ☐ Female | Marital Status: ☒ Married ☐ Single ☐ Divorced ☐ Widowed | |
| Have you ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes (give date and place of filing and final disposition): | | | |

List your present husband/wife, all your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name La Marca-Borges | Given Name Julie | Middle Initial S | Date of Birth (month/day/year) 11/26/62 |
|---|---|---|---|
| Country of birth SA | Relationship spouse | A # N/A | Applying with you? ☐ Yes ☒ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes ☐ No |

List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name of organization, location, dates of membership from and to, and the nature of the organization. If additional space is needed, use separate paper.

U000009

**Part 4. Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *[signed]* | Jose Antonio BORGES | 01/98 | |

**Note:** If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

**Part 5. Signature of person preparing form if other than above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *[signed]* | Alfred P. Placeres, Esq. | 01/98 | |

Firm Name and Address: P.O. Box 7806 - FDR Station, New York, NY 10150-1915

UUU011

743