70

1                A. Placeres

2       A    Yes.

3            MR. O'DWYER:  Mark this as Exhibit 3.

4            ***(Whereupon a document was marked

5       Creditor Exhibit 3 for identification as of

6       this date.)

7       Q    Have you ever seen this before?

8       A    Yes.

9       Q    Who was the attorney who went to court on

10   your behalf in the motion for compensation in the

11   civil action?

12      A    That was an attorney that Hector got me to

13   make the appearance, and I don't recall his name.

14      Q    Who paid him?

15      A    Me.

16      Q    How much did you pay him?

17      A    $150 or $250.  It was something like that.

18      Q    You indicated that you thought that Mr.

19   Robinson did not represent you terribly well.

20      A    Well, I had an issue with the fact I was

21   hit for non pecuniary damages, I was told, because

22   we did not raise an objection, and that is my issue.

23      Q    Is it your position that if you had raised

24   an objection to it, it would have been vacated

25   subsequently on appeal?

```
 1                    A. Placeres
 2      A    Yes.
 3      Q    Do you have a claim for malpractice
 4 against Mr. Robinson?
 5      A    No.
 6      Q    Why not?
 7      A    I don't have it.
 8      Q    Why not?
 9      A    I just don't have it.
10      Q    Why not?
11      A    I just felt that he parachuted into the
12 case at the last minute and probably he did the best
13 that he could under the circumstances.
14      Q    You are aware that the decision from the
15 Appellate Division was that any appeal to the claim
16 for non pecuniary damages was waived because it was
17 not raised at trial?
18      A    Yes.
19      Q    If it had been raised at trial it would
20 have being vacated by the Appellate Division?
21      A    I assume so, but I assumed other things
22 that did not occur, so I cannot take it for granted.
23      Q    Why don't you have a claim for legal
24 malpractice then?
25      A    That was just for non pecuniary damages.
```

72

1           A. Placeres

2      Q    That is all I am focusing on.

3      A    Subtracting that from the general --

4      Q    No, no, just talking about that portion
5   of the verdict for the non pecuniary damages.

6      A    Like I said, I don't think that it matters
7   if I owe a million or half a million. I have this
8   judgment.

9      Q    If you had a claim for legal malpractice
10  with regard to that portion of the verdict, it was
11  on non pecuniary damages?

12     A    Yes.

13     Q    That's 900,000 of the verdict, correct?

14     A    Something like that.

15     Q    Is there a reason you have not pursued
16  that claim against him?

17     A    A guess that I think --

18     Q    He did the best he could under the
19  circumstances?

20     A    Yes. He was not knowledgable, like you
21  are from, and he just parachuted in.

22     Q    And so you think that it would not be fair
23  for you to go after him on that?

24     A    Yes.

25     Q    And the fact that Mr. Torres is your old

73

```
 1                    A. Placeres
 2    friend; is that correct?
 3         A    No.  I think that Mr. Torres did an
 4    excellent job.
 5         Q    Mr. Robinson appeared on behalf of Mr.
 6    Torres.
 7         A    He appeared on my behalf.
 8         Q    But I will show you this, the Notices of
 9    Appearances.  Take a look at who appeared for the
10    defendant at your trial.
11         A    For the defendant, Jose Luis Torres by
12    Brian Robinson.  I see that.
13         Q    Have you discussed with him his
14    responsibility to you for that part of the verdict?
15         A    No.
16         Q    Have you spoken to Mr. Robinson since
17    then?
18         A    No, since the trial I have not spoken to
19    him.
20         Q    Do you know where he works?
21         A    I have his address and phone number
22    somewhere.  I don't remember where.
23         Q    Do you know if he works in Manhattan?
24         A    I believe so.
25         Q    Do you know if he works on his own or out
```