UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:
ALFRED PLACERES,                                                   Chapter 7
                Debtor.                                     Case No. 15-10691-SMB
------------------------------------------------------------X

JOSE BORGES,
                Plaintiff,                                   Adversary Proceeding
                                                                       Case No. 15-01356-SMB
  -against-

ALFRED PLACERES,
                Defendant.
------------------------------------------------------------X

## SCHEDULING ORDER

At the pre-trial conference held on May 10, 2016, the Court granted the Defendant's request to move for an order granting summary judgment pursuant (the "Motion") to Fed. R. Bankr. Proc. 7056. Based upon the foregoing, it is hereby

**ORDERED**, that the Defendant must file and serve the Motion no later than May 27, 2016; and it is further

**ORDERED**, that the Plaintiff must file and serve its Response to the Motion, if any, no later than June 10, 2016; and it is further

**ORDERED**, that the Defendant must file and serve its Reply to the Response, if any,, if any, no later than June 17, 2016; and it is further

**ORDERED**, that the parties must comply with the Court's chambers rules listed on the Court's web site; and it is further

**ORDERED**, that the Court will schedule a hearing on the Motion if it determines that oral argument is necessary; and it is further

**ORDERED**, that any party failing to comply with the terms of this order may result in sanctions, including the entry of judgment against the disobedient party.

Dated: May 11, 2016
New York, New York

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge