UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

ALFRED PLACERES,                                              Case No. 15-10691 (SMB)

                            Debtor.                                              Chapter 7

-----------------------------------------------------------------x

JOSE BORGES,

                            Plaintiff,                                              Adv. Proc. No. 15-01356-SMB

    -against-

ALFRED PLACERES,

                            Defendant.

-----------------------------------------------------------------x

### DECLARATION OF NORMA E. ORTIZ IN SUPPORT
### OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

I, Norma E. Ortiz, declare as follows:

1.    I am a partner of the law firm of Ortiz & Ortiz, LLP, counsel to Alfred Placeres (the "Defendant").

2.    I make this Declaration to put before the Court certain documents related to the Defendant's Motions for Summary Judgment.

3.    Attached to this Declaration as Exhibit 1 is a copy of excerpts from the Transcript

of Trial, Dated February 24, 2012.

4. Attached to this Declaration as Exhibit 2 is a copy of excerpts from the Transcript of Trial, Dated February 27, 2012.

5. Attached to this Declaration as Exhibit 3 is a copy of the Declaration of Defendant.

6. Attached to this Declaration as Exhibit 4 is a copy of the Declaration of Jose Luis Torres.

7. Attached to this Declaration as Exhibit 5 is a copy of the Declaration of Brian Robinson

8. Attached to this Declaration as Exhibit 6 is a copy of the Declaration of Maria Malave.

9. Attached to this Declaration as Exhibit 7 is a copy of Third Court of Appeals Decision in Plaintiff's appeal, Borges v. Gonzales, 402 F.3d 398, 409 (3d Cir. 2005).

10. Attached to this Declaration as Exhibit 8 is a copy of Disciplinary Committee Letter Dated October 7, 2013.

11. Attached to this Declaration as Exhibit 9 is a copy of Admonition from Disciplinary Committee Dated July 22, 2015.

12. Attached to this Declaration as Exhibit 10 is a copy of February 2012 Consent to Change Attorneys for Defendant dated February 20, 2012.

13. Attached to this Declaration as Exhibit 11 is a copy of March 2, 2012, Jury Verdict Sheet from trial.

14. Attached to this Declaration as Exhibit 12 is a copy of excerpts from Defendant's

Rule 2004 Examination of August 25, 2015.

    15.    Attached to this Declaration as Exhibit 13 is a copy of Denial of Motion to Reopen dated March 10, 2003.

Dated: May 27, 2016
       Queens, New York

                                                    */s/Norma E. Ortiz*
                                                    Norma E. Ortiz
                                                    ORTIZ & ORTIZ, LLP
                                                    32-72 Steinway Street, Suite 402
                                                    Astoria, New York 11103
                                                    Tel. (718) 522-1117
                                                    *Attorneys for Defendant*