## TRANSCRIPT OF TRIAL, DATED FEBRUARY 24, 2012
### [118–174]

```
 1  CIVIL  COURT OF THE STATE OF NEW YORK
 2  COUNTY OF NEW YORK: PART 84
    ------------------------------------------x
 3
    JOSE BORGES,
 4                              Plaintiff,  Index No.
                                            114016/03
 5           - against -
 6
    ENTRA AMERICA, INCORPORATED, ADELA IVAN, ALFRED
 7  PLACERES, JAMAL JBARA,,
 8                         Defendants.
 9  ------------------------------------------x
10                              February 24, 2012
                                111 Centre Street
11                              New York, New York  10013
12
13  B E F O R E:  JUDGE FRANK NERVO
14
15  A P P E A R A N C E S:
16  For the Plaintiff
    PAUL O'DWYER, ESQ.
17   134 West 26 Street
    New York, New York 10001
18
19  For the Defendants
    JOSE LUIS TORRES, ESQ.
20  202 Mamaroneck Avenue
    White Plains, New York 10601
21  BY:  BRIAN K. ROBINSON, ESQ.
22
                                BETH FONTANE, RPR
23                              Official Court Reporter
24
25

                    Beth Fontane, RPR
```

10

PROCEEDINGS

1    Counsel makes about the negligence supervision claim,
2    it is really similar to negligent misrepresentation.
3       THE COURT: Legal malpractice, legal malpractice,
4    again, case law regarding the breach of fiduciary duty
5    claim similar to breach of fiduciary duty. The Court
6    stated the negligent misrepresentation claim and the
7    breach of fiduciary duty claim that they are
8    duplicative of the malpractice claim and arise from the
9    same set of facts in that claim and here it is the same
10   case.
11      MR. ROBINSON: I gave it to Counsel.
12      THE COURT: Court dismissing first cause of action
13   for negligence.
14      At this time The Court is dismissing on its own
15   motion first cause of action for negligence, the third
16   cause of action for breach of contract, the fourth
17   cause of action for negligence supervision, and the
18   seventh cause of action for breach of fiduciary; all as
19   being duplicative of the plaintiff's cause of action
20   for legal malpractice.
21      The Court will withhold any decision with respect
22   to the sixth cause of action for fraud at this time.
23      MR. ROBINSON: Did you mention the fifth cause of
24   action as well?
25      THE COURT: No.

*Beth Fontane, RPR*