UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re: | Chapter 7 |
| ALFRED PLACERES, | |
| Debtor. | Case No. 15-10691-SMB |

_____

| | |
|---|---|
| JOSE BORGES, | |
| Plaintiff, | Adversary Proceeding |
| | Case No. 15-01356-SMB |
| -against- | |
| ALFRED PLACERES, | |
| Defendant. | |

_____

**NOTICE OF CROSS-MOTION BY PLAINTIFF FOR PARTIAL SUMMARY JUDGMENT ON COUNT III OF THE COMPLAINT**

**PLEASE TAKE NOTICE,** upon the Counter-Statement of Material Facts Pursuant to Local Bankruptcy Rule 7056-1, the Declaration of Paul O'Dwyer, Esq., counsel for Plaintiff, the Declaration of Plaintiff Jose Borges, the annexed Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and in support of Plaintiff's Cross-motion for Partial Summary Judgment, and all attached exhibits, Plaintiff will move this Court before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the Southern District of New York, at the United States Bankruptcy Courthouse, One Bowling Green, New York, New York, 10004-1408, at a date and time to be determined by the Court (should the Court determine that oral argument is necessary), for the entry of an order granting partial summary judgment to Plaintiff, pursuant to Fed. R. Bankr. Proc. 7056, on Count III of the Complaint in this Adversary Proceeding, and for such other relief as the Court deems just and proper.

.

Dated:  New York NY
        June 17, 2016


   /S/  Paul O'Dwyer
Paul O'Dwyer, Esq.
Law Office of Paul O'Dwyer, P.C.
Attorneys for Plaintiff
134 West 26 Street, Suite 902
New York NY 10001
Telephone (646) 230-7444
paul.odwyer@paulodwyerlaw.com


To:
Norma Ortiz, Esq.
Ortiz & Ortiz, L.L.P.
Attorneys for Defendant
32-72 Steinway Street, Suite 402
Astoria, NY 11103
(718) 522-1117
email@ortizandortiz.com



Robert L. Geltzer, Esq.
Law Office of Robert L. Geltzer
Trustee
1556 3rd Avenue, Suite 505
New York, NY 10128
(212) 410-0100
rgeltzer@epitrustee.com