UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:

ALFRED PLACERES,                                                                                Chapter 7
       Debtor.                                              Case No. 15-10691-SMB
_____

JOSE BORGES,
       I,                                                   Adversary Proceeding
                         Case No. 15-01356-SMB
 -against-


ALFRED PLACERES,
       Defendant.
_____


DECLARATION OF PAUL O'DWYER

PAUL O'DWYER declares as follows:

1.   I am the attorney for the Plaintiff in the above-captioned action.

2.   In support of Plaintiff's Opposition to Defendant's motion for summary judgment, true and correct copies of the following documents are being attached hereto:

  Exhibit A:  Plaintiff's January 2003 Disciplinary Committee complaint against Defendant;

  Exhibit B:  Defendant's response to Plaintiff's complaint;

  Exhibit C:  Falsified receipts for legal fees and notes of meeting with Plaintiff submitted by Defendant to the Disciplinary Committee in 2003;

  Exhibit D:  Plaintiff's actual receipts for legal fees between 1998 and 2000;

  Exhibit E:   Excerpts from Defendant's 2003 deposition at Disciplinary Committee;

  Exhibit F:  Excerpts from Defendant's 2006 deposition in the civil action.

  Exhibit G:  Excerpts from Defendant's testimony in the civil action;

  Exhibit H:  Excerpts from Plaintiff's testimony in the civil action;

  Exhibit I:  Transcript of Creditor's Committee meeting from August 25, 2015, in the Chapter 7 case;

| | |
|---|---|
| Exhibit J: | Excerpts from Defendant's FRBP Rule 2004 Deposition held August 25, 2015; |
| Exhibit K: | Rulings of the Civil Court Judge dismissing all causes of action except malpractice; |
| Exhibit L: | Ruling from Civil Court on Defendant's responsibility for acts of Adela Ivan; |
| Exhibit M: | February 16, 2012 decision in Civil Action denying Defendant's motion because of improper substitution of counsel; |
| Exhibit N: | March 2004 decision of BIA denying plaintiff's motion to reopen; |
| Exhibit O: | November 2004 denial of Plaintiff's custody release request, citing his failure to attend his removal hearing. |
| Exhibit P: | Web pages showing Defendant's receipt of awards and participation at events in recognition as an advocate on immigration and small business issues. |
| Exhibit Q: | Declaration of Plaintiff |

Dated:  New York, New York
        June 17, 2016

/S/ Paul O'Dwyer
Paul O'Dwyer, Esq.
Law Office of Paul O'Dwyer, P.C.
Attorney for Plaintiffs
134 West 26th Street, Suite 902
New York, NY 10001
(646) 230-7444