UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

ALFRED PLACERES,                                         Case No. 15-10691 (SMB)

                       Debtor.                          Chapter 7

-------------------------------------------------------------x

JOSE BORGES,

                       Plaintiff,                Adv. Proc. No. 15-01356-SMB

    -against-

ALFRED PLACERES,

                       Defendant.

-------------------------------------------------------------x

**DECLARATION OF NORMA E. ORTIZ IN SUPPORT
OF DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE
TO MOTION FOR SUMMARY JUDGMENT**

    I, Norma E. Ortiz, declare as follows:

    1.     I am a partner of the law firm of Ortiz & Ortiz, LLP, counsel to Alfred Placeres (the "Defendant").

    2.     I make this Declaration to put before the Court certain documents related to the Defendant's Reply to the Plaintiff's Response dated June 16, 2016.