UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:

ALFRED PLACERES,                                    Case No. 15-10691 (SMB)

                              Debtor.                Chapter 7

-----------------------------------------------------------------x

JOSE BORGES,

                              Plaintiff,             Adv. Pro. No. 15-01356 (SMB)

-against-

ALFRED PLACERES,

                              Defendant.

-----------------------------------------------------------------x

### STIPULATION AUHORIZING SUBSTITUTION OF DEFENDANT'S COUNSEL

The undersigned hereby consent and agree that Ortiz & Ortiz, L.L.P., with offices

located at 32-72 Steinway Street, Astoria, New York   11103, present counsel of record for the

above-captioned defendant, shall be substituted as counsel for the debtor by Maria Malave, Esq.,

with offices located at 364 W. 121st Street, Ste. 2A, New York, NY   10027.

We further agree to the use of signatures obtained by facsimile transmission, or digitally

created, or scanned as an electronic duplicate in lieu of original signatures.


Dated: Feb. 16, 2017                                Dated: Feb.      , 2017


*s/Norma E. Ortiz*                                  *S/Maria M. Malave*
Retiring Counsel                                    Substitute Counsel
Norma E. Ortiz                                      Maria M. Malave
Ortiz & Ortiz, L.L.P.                               124 West 227 Street
32-72 Steinway Street, Ste. 402                     Bronx, NY   10463
Astoria, New York   11103


*s/Alfred Placeres*
Alfred Placeres

SO ORDERED:


Date: April 7, 2017                              /s/ STUART M. BERNSTEIN
New York, New York                          United States Bankruptcy Judge